**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | : No. 2901 Disciplinary Docket No. 3 |
| | : |
| BARRY JAY BERAN, A/K/A BARRY J. BERAN | : No. 101 DB 2022 |
| | : |
| | : (Supreme Court of New Jersey, Nos. D-109 and D-129 September Term 2020) |
| | : |
| | : Attorney Registration No. 35896 |
| | : |
| | : (Out of State) |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 5th day of October, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Barry Jay Beran, a/k/a Barry J. Beran, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of three years, consecutive to the three-year term of suspension ordered by this Court on May 6, 2021.  He shall also comply with all the provisions of Pa.R.D.E. 217.